UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60059-CIV-DIMITROULEAS

LESLIE GANNON,
on behalf of herself and all others
similarly situated,

    Plaintiff,

vs.

PATRICK S. FLOOD,

    Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE is before the Court upon Defendant Flood's Motion to Appear Pro Hac Vice on behalf of Matthew A. Boyd, Esq., filed herein on March 21, 2008. [DE-23].  The Court has carefully considered the Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion to Appear Pro Hac Vice on behalf of Matthew A. Boyd, Esq. [DE-23] is hereby **GRANTED**.  The Court notes the filing of a $75.00 check made payable to the Clerk, United States District Court and that Mr. Boyd has designated Joseph G. Santoro, Esq. as local counsel.   Out of state counsel seeking to appear *pro hac vice* must pay the same filing fee as local attorneys who apply for admission to the bar of this Court.  The fee will cover *pro hac vice* admission in this case only.  The Court further notes the certification by Matthew A. Boyd as to having studied the Local Rules.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial.  Failure to abide by any Court order <u>or</u> failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status.  Local counsel must

be ready to adequately represent the party at any time, including conducting the actual trial.

The Clerk shall provide electronic notification to Matthew A. Boyd at:

mboyd@kslaw.com.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of March, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Matthew A. Boyd, Esq.
Lynette W. McNeil, Esq.
William Clineburg, Jr., Eq.
Joseph G. Santoro, Esq.
Marshall A. Adams, Esq.
E. Nannette, Piccolo, Esq.
Bernard M. Cassidy, Esq.